UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 12-CR-3266-JLS |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| JESUS ORLANDO GARMENDIA, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 12-CR-3266-JLS against defendant Jesus Orlando Garmendia, be dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 16, 2013

Honorable Janis L. Sammartino
United States District Judge